**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
COLTON BRYANT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>           Plaintiff,<br>    vs.<br><br>CRS MANAGING CO. D/B/A CRAZY ROCK N SUSHI; FORTUNE FULLERTON, LLC; DOES 1 to 10,<br><br>           Defendants. | Case No.: 8:20-cv-00375 JLS (JDEx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CRS MANAGING CO. D/B/A CRAZY ROCK N SUSHI** |

**PLEASE TAKE NOTICE** that Plaintiff COLTON BRYANT ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant CRS MANAGING CO. D/B/A CRAZY ROCK N SUSHI ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: March 26, 2020          SO. CAL. EQUAL ACCESS GROUP

By:     */s/ Jason J. Kim*
           Jason J. Kim
           Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**